No. 91–7614.  BROWN-EL v. SAMANIEGO ET AL.  C. A. 5th Cir. Certiorari denied.

No. 91–7618.  COE v. ROWLAND.  C. A. 9th Cir.  Certiorari denied.

No. 91–7619.  SHOWN v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 91–7620.  BATES v. GUNTER, DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 91–7621.  COOPER v. MISSOURI ET AL.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 91–7622.  BROWN v. ATTORNEY GENERAL OF MARYLAND ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–7624.  TAYLOR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–7632.  FRAZIER v. LEHMAN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–7635.  FEAGINS v. FULCOMER ET AL.  C. A. 3d Cir. Certiorari denied.

No. 91–7636.  DAVIS v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 91–7638.  WALLS v. COOPER ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 91–7653.  LOWE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–7657.  CARTER v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 91–7658.  JACKSON v. TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL.  C. A. 5th Cir.  Certiorari denied.